| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN LOPEZ | No. 26 CR 198<br><br>Judge Elaine E. Bucklo |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROUS, United States Attorney for the Northern District of Illinois, and defendant SEAN LOPEZ, by the Federal Defender Program and its attorney Benjamin Horwitz, respectfully submit this joint status report pursuant to the Court's May 13, 2026 Minute Order, Dkt. 7, and state as follows:

1. On April 30, 2026, LOPEZ was charged in a three-count indictment with two counts of transportation of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1), and one count of possession of child pornography involving a prepubescent minor, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2). Dkt. 1.

2. LOPEZ had his arraignment on May 6, 2026 and was ordered detained pending trial. Dkt. 3.

3. The parties conducted a conference pursuant to Local Criminal Rule 16.1(a) via telephone on May 13, 2026. The government intends to produce discovery no later than May 22, 2026. The government has not yet tendered a draft plea agreement to LOPEZ.

4. The parties request that the Court set a status hearing in approximately 60 days, with time excluded until the next court date, to allow the government to complete its discovery production, defense counsel the opportunity to complete a review of the discovery materials with LOPEZ, and the parties to continue discussions about proceeding to trial or reaching a pretrial resolution of the case.

Dated: May 18, 2026

                              Respectfully submitted,

| | |
|---|---|
| SEAN LOPEZ<br>Defendant | ANDREW S. BOUTROS<br>United States Attorney |
| By: /s/ *Benjamin Horwitz*<br>BENJAMIN HORWITZ<br>Federal Defender Program<br>55 East Monroe Street<br>Suite 2800<br>Chicago, Illinois 60603<br>(312) 621-8300 | By: /s/ *Luke Fiedler*<br>LUKE FIEDLER<br>Assistant United States Attorney<br>United States Attorney's Office<br>219 S. Dearborn Street, Room 500<br>Chicago, Illinois 60604<br>(312) 886-0973 |