UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN LOPEZ | No. 26 CR 198<br><br>Judge Elaine E. Bucklo |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROUS, United States Attorney for the Northern District of Illinois, and defendant SEAN LOPEZ, by his attorney Joshua G. Herman, respectfully submit this joint status report pursuant to the Court's July 20, 2026 Minute Order, Dkt. 14, and state as follows:

1. On April 30, 2026, LOPEZ was charged in a three-count indictment with two counts of transportation of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1), and one count of possession of child pornography involving a prepubescent minor, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2). Dkt. 1.

2. LOPEZ had his arraignment on May 6, 2026 and was ordered detained pending trial. Dkt. 3.

3. The parties conducted a conference pursuant to Local Criminal Rule 16.1(a) via telephone on May 13, 2026. The government made its first production of discovery on May 26, 2026.

4. On July 31, 2026, Benjamin Horwitz of the Federal Defender Program, then counsel of record for LOPEZ, filed a motion to withdraw as LOPEZ's attorney in this case. Dkt. 16. The Court granted that request on August 6, 2026. Dkt. 17.

5. On August 10, 2026, CJA panel attorney Joshua G. Herman filed an appearance as counsel of record for LOPEZ. The government reproduced its first production of discovery to Mr. Herman on August 13, 2026.

6. Pursuant to a search warrant executed on or about April 21, 2026, the government seized several digital devices from LOPEZ's residence. Given the volume of data contained on these devices, the government's review of these devices is ongoing. The government therefore anticipates making additional discovery productions in this case as it becomes available.

7. The parties are also in communication regarding potential resolution of the case. The government has not yet tendered a draft plea agreement to LOPEZ.

8. The parties request that the Court set a status hearing in approximately 60 days, with time excluded until the next court date, to allow the government to produce additional discovery, defense counsel the opportunity to complete a review of the discovery materials with LOPEZ, and the parties to continue discussions about proceeding to trial or reaching a pretrial resolution of the case.

Dated: September 14, 2026

Respectfully submitted,

SEAN LOPEZ
Defendant

By: /s/ *Joshua Herman*
JOSHUA G. HERMAN
Law Office of Joshua G. Herman
53 West Jackson Blvd., Suite 404
Chicago, Illinois 60604
(312) 909-0434

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Luke Fiedler*
LUKE FIEDLER
Assistant United States Attorney
United States Attorney's Office
219 S. Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 886-0973